# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:47 am, Feb 01 202
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
  ) Case No. 1:21-mj-162 TMD
2195 Sugarloaf Parkview Lane, )
Clarksburg, Maryland 20871 )
 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
 ☑ evidence of a crime;
 ☑ contraband, fruits of crime, or other items illegally possessed;
 ☑ property designed for use, intended for use, or used in committing a crime;
 ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 231(a)(3), 111(a)(1), 1752(a)(4) and 40 U.S.C. § 5104(e)(2)(F) | Obstruction of Officer During Civil Disorder; Assault of Officer; Entering Restricted Building; Violent Entry and Disorderly Conduct at the U.S. Capitol |

The application is based on these facts:
See attached Affidavit.

 ☑ Continued on the attached sheet.
 ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Jonathan B. Fugitt*
Applicant's signature

Jonathan B. Fugitt, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 1/21/2021

Judge's signature

City and state: Baltimore, Maryland    Thomas M. DiGirolamo, United States Magistrate Judge
*Printed name and title*