**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE RESIDENCE LOCATED AT 2195 SUGARLOAF PARKVIEW LANE, CLARKSBURG, MARYLAND, 20871** | Case No. 21-mj- 162-TMD <br><br> **Filed Under Seal** |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by its undersigned attorneys, for the following reasons, respectfully moves this honorable Court for the entry of an order unsealing the search warrant application and affidavit in the above-referenced matter. The search warrant issued has now been executed and there is no longer any need to maintain these documents under seal.

WHEREFORE, the government respectfully requests that the search warrant, application and supporting affidavit be unsealed.

                                                    Respectfully submitted,

                                                    Robert K. Hur
                                                    United States Attorney

By: _____
                                                    Kathleen O. Gavin
                                                    Assistant United States Attorney
                                                    36 South Charles Street, Fourth Floor
                                                    Baltimore, Maryland 21201
                                                    (410) 209-4800

ORDERED as prayed this  23  day of January, 2021.

                                                    _____
                                                    Honorable Thomas M. DiGirolamo
                                                    United States Magistrate Judge