AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ____ RECEIVED

**10:43 am, Feb 01 202**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No.  1:21-mj-162 TMD |
| | ) |
| 2195 Sugarloaf Parkview Lane, Clarksburg, Maryland 20871 | ) |
| | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before *Feb. 4, 2021* *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   1/21/2021    6:35 PM          _____
                                                                    *Judge's signature*

City and state:      Baltimore, Maryland            Hon. Thomas M. DiGirolamo, United States Magistrate Judge
                                                                    *Printed name and title*

**Return**

| Case No.:<br>1:21-mj-162 TMD | Date and time warrant executed:<br>1/22/2021   7:05 AM | Copy of warrant and inventory left with:<br>GAYE L. BLAIR |
|---|---|---|

Inventory made in the presence of :
SA JON FUGITT, SA DAVID SOBECK, GAYE L. BLAIR

Inventory of the property taken and name(s) of any person(s) seized:

Description of Item(s): (1) GREY "NIKE" HOODIE, SIZE MEDIUM "BLOODY", (1) WHITE "UNDER ARMOUR" THERMAL SHIRT "BLOODY", (1) KHAKI CARGO PANTS "BLOODY", (1) BLACK HELLY HANSEN "JACKET, (1) CLEAR PLASTIC BAG W/ USCP PROPERTY TAG ATTACHED; (1) BLACK "TEMPO" BAG, (1) BLACK NECK GAITOR W/ SKULL DECAL "BLOODY", (1) GREY "UNDER ARMOUR" LONG SLEEVE hooded SHIRT SIZE MEDIUM; (1) PAIR OF OAKLEY TACTICAL GLOVES; (1) PAIR OF BLACK CLOTH BELT, (1) BLACK STRING; (1) ROLL OF GREY DUCK TAPE, (1) WHITE GARBAGE BAG; (1) WHITE WRISTBAND " BLAIR, DAVID " GW UNIVERSITY HOSPITAL, (1) BLUE WRISTBAND "BLAIR, DAVID", (1) WHITE iPHONE 5 MODEL A1688 FCCID - BCG -E2946A (1) BLACK MEAD NOTEBOOK, (1) ACER LAPTOP & CHARGING CORD S/N NXGXGAA0028 R203FA06PP (1) SAMSUNG GALAXY NOTE 4 BOX CONTAINING WHITE GALAXY NOTE 4 CELL PHONE IMEI: 990004312464344 SAMSUNG BATTERY S/N : AA1G9294512-B INSIDE PLASTIC SANDWICH BAG; (1) BLACK ALCATEL" FLIP PHONE ; ONE ALCATEL PACKAGING & DOCUMENTS ; (1) iPHONE 4S BOX + DOCUMENT.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 1/29/2021

_____
Executing officer's signature

SPECIAL AGENT JONATHAN FUGITT
Printed name and title